SEYMOUR BEST AND CECELIA BEST, HIS WIFE v.
LEON M. SACHAT.

March 12, 1985.

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Superior Court, Law Division, Union County for reconsideration, after entertaining full argument, written and oral, from all parties, of the motion to compel arbitration.   See *Kalman Floor Company, Inc. v.*

*Jos. L. Muscarelle, Inc.*, 196 *N.J.Super.* 16, 26–7 (App.Div. 1984), *aff'd o.b.*, 98 *N.J.* 266 (1985).

Jurisdiction is not retained.